UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY COLLETT, | ) | Case No. 1:16 CV 3109 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | <u>ORDER OF DISMISSAL</u> |
| | ) | |
| MIHALICK COMMERCIAL | ) | |
| MAINTENANCE, LLC AND | ) | |
| DAVID MIHALICK, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed a notice of voluntary dismissal, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(I).

Therefore, this case is dismissed without prejudice.

IT IS SO ORDERED.

                                                         _/s/Donald C. Nugent_____
                                                         DONALD C. NUGENT
                                                         United States District Judge

DATE: <u>March 23, 2017</u>